DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOYCE SIVRAIS,**
Appellant,

v.

**DR. LOCKOUT, LLC,**
Appellee.

No. 4D2024-0374

[January 8, 2025]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Daryl Jay Isenhower, Judge; L.T. Case No. 562023SC001554.

Joyce Sivrais, Fort Pierce, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

GROSS, LEVINE and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***